**Hand-Delivered**

---

Walter Willoughby

Trustee, WHW NETWORK RVOC LIVING TR

5223 Grays Ridge Drive

Charlotte, North Carolina 28269

(704) 984-0513

walterwilloughby00@gmail.com


Date: March 8, 2026


VIA FEDEX


GM Financial

Attn: Asset Management Division

200 Renaissance Center

Detroit, MI 48243

USA


AND VIA CERTIFIED MAIL


Griffin Motor Company

2500 W Roosevelt Blvd

Monroe, NC 28110

Attn: General Manager / Finance Department

RE: NOTICE TO ACCESS TREASURY CREDIT FOR VEHICLE ACQUISITION AND DISCHARGE OF OBLIGATIONS

Vehicle: 2025 GMC Sierra 2500HD

VIN: 1GT4UREY6TFT155095

Stock No.: G155095

Purchase Price: $94,038.00

Prior UCC-3 Filing No.: 0404164 (January 24, 2026)

To GM Financial and Griffin Motor Company:

COMES NOW Walter Willoughby, the living man, appearing in propria persona as Trustee of WHW NETWORK RVOC LIVING TR, and hereby provides this formal notice and instruction regarding the use of my existing Treasury credit to acquire and discharge all obligations related to the above-referenced vehicle.

I. THE MAN APPEARS

I, Walter Willoughby, am the living man, a natural person, appearing in my own proper person. I am not the ens legis, the fictional entity created by operation of law. I appear with clean hands, in good faith, and with clean intent.

II. THE VEHICLE IDENTIFIED

This notice concerns:

Year/Make/Model: 2025 GMC Sierra 2500HD

VIN: 1GT4UREY6TFT155095

Stock Number: G155095

Dealership: Griffin Motor Company, Monroe, NC

Purchase Price: $94,038.00

Date of Transaction: January 23, 2026

### III. PRIOR UCC-3 FILING INCORPORATED

On January 24, 2026, UCC Financing Statement Amendment (UCC-3) Filing No. 0404164 was filed with the New York Secretary of State, evidencing a partial assignment of secured interest in the amount of $104,916.78 USD from the broader collateral estate previously secured under UCC Filing No. 202512180502593, in favor of GM Financial.

Said UCC-3 filing:

- Assigned equitable value to GM Financial for the purpose of lawful tender or discharge.

- Placed GM Financial on constructive notice of the trust's secured structure.

- Evidenced intent to discharge commercial obligations at the source of inventory, not at the retail agency level.

- Has not been rebutted and stands as perfected in equity.

A true and correct copy of said UCC-3 filing is attached hereto as Exhibit A.

### IV. THE AUTHORIZATION

Enclosed please find a properly completed SSA-89 OMB Form. On this form, I have checked the OTHER box and written the following specific authorization language:

I AUTHORIZE THE USE OF MY CREDIT FROM THE UNITED STATES DEPARTMENT OF THE TREASURY TO FUND AND DISCHARGE ALL OBLIGATIONS ASSOCIATED WITH THE ACQUISITION OF THE 2025 GMC SIERRA 2500HD, VIN

1GT4UREY6TFT155095, FROM GRIFFIN MOTOR COMPANY, MONROE, NORTH CAROLINA, INCLUDING BUT NOT LIMITED TO THE PURCHASE PRICE OF $94,038.00 AND ANY ASSOCIATED FEES, TAXES, OR CHARGES. THIS AUTHORIZATION IS FOR THE SOLE PURPOSE OF ACQUIRING TITLE TO AND DISCHARGING ALL ENCUMBRANCES UPON SAID VEHICLE. THE CREDIT ALREADY EXISTS AND IS NOT A LOAN FROM GM FINANCIAL, GRIFFIN MOTOR COMPANY, OR ANY OTHER ENTITY. THIS AUTHORIZATION INCORPORATES AND IS SUPPORTED BY UCC-3 FILING NO. 0404164 RECORDED JANUARY 24, 2026.

V. YOUR ROLE AS FISCAL AGENT

Upon receipt of this SSA-89, you become my fiscal agent for the limited purpose stated. Your duties include:

1. Processing this authorization through the Consent-Based Social Security Number Verification (CBSV) system or appropriate verification channels.

2. Accessing my existing Treasury credit through proper channels.

3. Applying said credit to discharge all obligations associated with the vehicle, including the purchase price and any fees.

4. Releasing any liens or encumbrances on the vehicle.

5. Transferring clear title to me or my designated trust.

6. Providing written confirmation that all obligations have been satisfied and that title has been transferred.

You are not a lender. You are not providing credit. You are facilitating access to credit that already exists in my estate. This is your role as fiscal agent.

## VI. MANDATORY COMPLIANCE REQUIREMENTS

Upon receipt of a properly completed SSA-89, you are subject to the following mandatory requirements:

1. You must accept the signed SSA-89 form. Arbitrary refusal is not permitted.

2. You must process the verification request within 90 days of my signature.

3. You may use the verification ONLY for the purpose I stated on the form.

4. Upon verification, you must access the credit from Treasury channels.

5. You must apply it to the stated obligations.

6. You must retain the signed original SSA-89 for seven years.

7. You must safeguard my Personally Identifiable Information.

8. You must provide an accounting upon my request.

## VII. COMPLIANCE INSTRUCTIONS

You are hereby instructed to take the following actions:

Action 1: Acknowledge receipt of this notice and the enclosed SSA-89 within 24 hours.

Action 2: Process the SSA-89 through CBSV verification within 72 hours.

Action 3: Access my Treasury credit in the amount necessary to discharge all obligations on the vehicle within 72 hours of verification.

Action 4: Apply said credit to:

  a. The purchase price of $94,038.00

  b. Any associated taxes, fees, or charges

  c. Any other encumbrances

Action 5: Release any liens on the vehicle.

Action 6: Transfer clear title to WHW NETWORK RVOC LIVING TR or its designee.

Action 7: Provide a complete written accounting of all actions taken, including the amount of credit accessed, the obligations satisfied, and any balance remaining.

Action 8: Provide written confirmation of completion within 24 hours after all actions are taken.

Action 9: Retain all records for seven years as required by law.

VIII. CONSEQUENCES OF NON-COMPLIANCE

If you refuse to accept this authorization, fail to process it, use it for any other purpose, or otherwise fail to comply:

Your actions shall constitute:

Denial of access to my own existing credit, which is a wrong that equity will remedy.

If you use my authorization for any other transaction, you will have converted my property.

By accepting my authorization, you became my fiduciary. Failure to honor it is a breach of fiduciary duty.

Any benefit you derive from my authorization without my consent constitutes unjust enrichment.

Your conduct will be documented in my miscellaneous docket.

I will file a Notice of Refusal and Conversion.

I will file complaints with the Federal Trade Commission, Consumer Financial Protection Bureau, North Carolina Attorney General, and appropriate regulatory authorities.

I will seek all remedies available in equity.

IX. ACKNOWLEDGMENT REQUESTED

Please acknowledge receipt of this notice and the enclosed SSA-89 by signing and returning the copy of this letter or by providing written confirmation. A self-addressed stamped envelope is enclosed for your convenience.

X. RESERVATION OF RIGHTS

I expressly reserve all rights under UCC 1-308 and applicable law. No action or inaction by me shall be deemed a waiver of these rights.

Respectfully submitted,

*Walter Willoughby*

Walter Willoughby

In Propria Persona

Trustee, WHW NETWORK RVOC LIVING TR

Enclosures:

SSA-89 OMB Form (signed and dated)

Exhibit A: UCC-3 Filing No. 0404164 (January 24, 2026)

Self-addressed stamped envelope

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE TO ACCESS TREASURY CREDIT FOR VEHICLE ACQUISITION AND DISCHARGE OF OBLIGATIONS, together with the enclosed SSA-89 OMB Form and Exhibit A, was served upon the following on this 8th day of March, 2026, by Certified Mail, Return Receipt Requested:

GM Financial

Attn: Asset Management Division

200 Renaissance Center

Detroit, MI 48243

USA


Griffin Motor Company

2500 W Roosevelt Blvd

Monroe, NC 28110

Attn: General Manager / Finance Department

*/s/ Walter Willoughby*
Walter Willoughby


---


JUDICIAL NOTICE TO GM FINANCIAL AND GRIFFIN MOTOR COMPANY

*In the Nature of Federal Rule of Evidence 201(c)(2)*


From:

WHW NETWORK RVOC LIVING TR

By and through Trustee: Walter Willoughby

5223 Grays Ridge Drive

Charlotte, North Carolina 28269

Email: walterwilloughby00@gmail.com

To:

GM Financial

Attn: Asset Management Division

200 Renaissance Center

Detroit, MI 48243

USA

AND TO:

Griffin Motor Company

2500 W Roosevelt Blvd

Monroe, NC 28110

Attn: General Manager / Finance Department

---

SUBJECT: Judicial Notice of SSA-89 Authorization and Tender for Vehicle Acquisition

Vehicle: 2025 GMC Sierra 2500HD

VIN: 1GT4UREY6TFT155095

Prior UCC-3 Filing No.: 0404164 (January 24, 2026)

Date of Tender: March 8, 2026

---

Pursuant to Federal Rule of Evidence 201(c)(2), notice is hereby given that on March 8, 2026, a duly authorized and completed SSA-89 OMB Form was tendered to GM Financial and Griffin Motor Company by the undersigned, Walter Willoughby, as Trustee of WHW NETWORK RVOC LIVING TR, the living man.

This SSA-89 form constitutes a lawful authorization for the use of existing Treasury credit to acquire and discharge all obligations related to the above-referenced vehicle.

---

VEHICLE DESCRIPTION

2025 GMC Sierra 2500HD

VIN: 1GT4UREY6TFT155095

Stock Number: G155095

Purchase Price: $94,038.00

---

PRIOR UCC-3 FILING

On January 24, 2026, UCC-3 Filing No. 0404164 was recorded with the New York Secretary of State, evidencing a partial assignment of secured interest in the amount of

$104,916.78 USD in favor of GM Financial, placing GM Financial on constructive notice of the trust's secured structure and intent to discharge commercial obligations.

---

AUTHORIZATION LANGUAGE

The SSA-89 form was completed with the "Other" box checked and contained the following specific authorization language:

I AUTHORIZE THE USE OF MY CREDIT FROM THE UNITED STATES DEPARTMENT OF THE TREASURY TO FUND AND DISCHARGE ALL OBLIGATIONS ASSOCIATED WITH THE ACQUISITION OF THE 2025 GMC SIERRA 2500HD, VIN 1GT4UREY6TFT155095, FROM GRIFFIN MOTOR COMPANY, MONROE, NORTH CAROLINA, INCLUDING BUT NOT LIMITED TO THE PURCHASE PRICE OF $94,038.00 AND ANY ASSOCIATED FEES, TAXES, OR CHARGES. THIS AUTHORIZATION IS FOR THE SOLE PURPOSE OF ACQUIRING TITLE TO AND DISCHARGING ALL ENCUMBRANCES UPON SAID VEHICLE. THE CREDIT ALREADY EXISTS AND IS NOT A LOAN FROM GM FINANCIAL, GRIFFIN MOTOR COMPANY, OR ANY OTHER ENTITY. THIS AUTHORIZATION INCORPORATES AND IS SUPPORTED BY UCC-3 FILING NO. 0404164 RECORDED JANUARY 24, 2026.

---

LEGAL AND EQUITATIVE EFFECT

This filing and the underlying SSA-89 authorization, together with the prior UCC-3 filing:

- Constitute lawful tender and constructive notice in equity.

- Authorize access to existing Treasury credit for the stated purpose.

- Designate GM Financial and Griffin Motor Company as fiscal agents for the limited purpose stated.

- Create a fiduciary relationship upon acceptance.

- Perfect the undersigned's equitable claim to the vehicle.

- Have not been rebutted and therefore stand as perfected in law and equity.

---

CERTIFICATE OF SERVICE

I, Walter Willoughby, Trustee of WHW NETWORK RVOC LIVING TR, hereby certify that a true and correct copy of this Judicial Notice, together with a copy of the referenced SSA-89 OMB Form, has been served by Certified Mail, Return Receipt Requested, upon:

GM Financial

Attn: Asset Management Division

200 Renaissance Center

Detroit, MI 48243

USA

Griffin Motor Company

2500 W Roosevelt Blvd

Monroe, NC 28110

Attn: General Manager / Finance Department

Executed this 8th day of March, 2026.

Respectfully submitted,

---

Walter Willoughby, Trustee

WHW NETWORK RVOC LIVING TR

Email: walterwilloughby00@gmail.com

*Walter Willoughby, Trustee* (signature)